UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 1

| | |
|---|---|
| **MITSUBISHI POWER AMERICAS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES**,<br><br>Defendant. | **SUMMONS**<br><br>**CASE NO. 21-cv-00573** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port of Entry: | Pittsburgh, PA (1104) | Date Protest Filed: | 3/4/2020 |
| Protest Number: | 110420100246 | Date Protest Denied: | 5/11/2021 |
| Importer: | Mitsubishi Power Americas, Inc. (Formerly Known as Mitsubishi Hitachi Power Systems Americas, Inc.) | | |
| Category of Merchandise: | Supported Catalysts | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| FY1-2047495-9 | 8/8/2018 | 10/4/2019 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br>U.S. Customs and Border Protection<br>Port of Pittsburgh<br>Pittsburgh International Airport<br>P.O. Box 12445, U.S. Customs (Airside)<br>Pittsburgh, PA 15231 | Thomas M. Keating; Serhiy Kiyasov<br>Rock Trade Law LLC<br>134 North LaSalle Street, Suite 1800<br>Chicago, IL 60602<br>Telephone: (312) 263-0565<br>Email: tkeating@rocktradelaw.com<br>skiyasov@rocktradelaw.com |
| *Address of Customs Port in*<br>*Which Protest was Denied* | *Name, Address, Telephone Number*<br>*and E-Mail Address of Plaintiff's Attorney* |

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Supported SCR Catalysts | 8421.39.4000 / 9903.88.01 | Free / 25% | 3815.19.0000 / 9903.88.46 and 9903.88.56 | Free / Free |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

| **Other** |
|---|
| State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

The issue which was common to all such denied protests:

The eligibility of the protested articles for exclusions from Section 301 tariffs by meeting the descriptions provided in the sections of U.S. Note 20 of HTSUS Chapter 99, Subchapter III that correspond to the above-claimed provisions under HTSUS subheadings 9903.88.46 and 9903.88.56.

_Signature of Plaintiff's Attorney_

Thomas M. Keating                    October 29, 2021
_Name_                                    _Date_

_Signature of Plaintiff's Attorney_

Serhiy Kiyasov                       October 29, 2021
_Name_                                    _Date_

## SCHEDULE OF PROTESTS

Pittsburgh, PA (1104)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 110421100462 | 2/9/2021 | 5/11/2021 | FY1-2050173-6 | 10/3/2019 | 8/28/2020 |
| 110421100462 | 2/9/2021 | 5/11/2021 | FY1-2050218-9 | 10/8/2019 | 9/4/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Pittsburgh
Pittsburgh International Airport
P.O. Box 12445, U.S. Customs (Airside)
Pittsburgh, PA 15231

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

Norfolk-Newport News, VA (1401)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048706-8 | 2/13/2019 | 2/7/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Norfolk-Newport News
101 E. Main Street
Norfolk, VA 23510

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

Savannah, GA (1703)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 170320103317 | 3/4/2020 | 5/11/2021 | FY1-2048395-0 | 12/11/2018 | 10/4/2019 |
| 170320103317 | 3/4/2020 | 5/11/2021 | FY1-2048442-0 | 12/19/2018 | 10/4/2019 |
| 411521100837 | 6/1/2021 | 6/2/2021 | FY1-2050772-5 | 1/22/2020 | 12/18/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Savannah
1 East Bay Street
Savannah, GA 31401

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

Mobile, AL (1901)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047645-9 | 8/28/2018 | 10/4/2019 |
| 190120100192 | 3/4/2020 | 5/11/2021 | FY1-2047554-3 | 8/18/2018 | 10/4/2019 |
| 190120100192 | 3/4/2020 | 5/11/2021 | FY1-2047711-9 | 9/1/2018 | 10/4/2019 |
| 190120100192 | 3/4/2020 | 5/11/2021 | FY1-2047710-1 | 9/1/2018 | 10/4/2019 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Mobile
150 N. Royal Street, Suite 3004
Mobile, AL 36602

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

## SCHEDULE OF PROTESTS

Birmingham, AL (1904)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 190420100031 | 3/12/2020 | 5/11/2021 | FY1-2047924-8 | 10/10/2018 | 10/4/2019 |
| 190420100031 | 3/12/2020 | 5/11/2021 | FY1-2047954-5 | 10/18/2018 | 10/4/2019 |
| 190420100031 | 3/12/2020 | 5/11/2021 | FY1-2047889-3 | 9/28/2018 | 10/4/2019 |
| 200621106462 | 7/14/2021 | 7/16/2021 | FY1-2050900-2 | 2/22/2020 | 1/15/2021 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Birmingham
5900 Messer-Airport #2
Birmingham, AL 35212

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

<u>Memphis, TN (2006)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 200620102234 | 3/4/2020 | 5/11/2021 | FY1-2048482-6 | 12/21/2018 | 10/11/2019 |
| 200620102234 | 3/4/2020 | 5/11/2021 | FY1-2048577-3 | 12/26/2018 | 10/11/2019 |
| 200621106462 | 7/14/2021 | 7/16/2021 | FY1-2050936-6 | 2/29/2020 | 1/22/2021 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Memphis
2813 Business Park Drive, Building I
Memphis, TN 38118

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

## SCHEDULE OF PROTESTS

Los Angeles/Long Beach, CA (2704)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 270420115328 | 3/4/2020 | 5/11/2021 | FY1-2048490-9 | 12/13/2018 | 10/11/2019 |
| 270420115328 | 3/4/2020 | 5/11/2021 | FY1-2048530-2 | 12/13/2018 | 10/11/2019 |
| 270420115328 | 3/4/2020 | 5/11/2021 | FY1-2048517-9 | 12/17/2018 | 10/11/2019 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049094-8 | 3/23/2019 | 1/31/2020 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049089-8 | 3/26/2019 | 1/31/2020 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049154-0 | 4/3/2019 | 3/27/2020 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048962-7 | 3/5/2019 | 1/31/2020 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2049047-6 | 3/19/2019 | 1/31/2020 |
| 330321100649 | 8/6/2021 | 8/9/2021 | FY1-2051231-1 | 3/17/2020 | 2/12/2021 |
| 330321100649 | 8/6/2021 | 8/9/2021 | FY1-2051181-8 | 3/23/2020 | 2/12/2021 |
| 330321100649 | 8/6/2021 | 8/9/2021 | FY1-2051739-3 | 9/22/2020 | 2/12/2021 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Los Angeles/Long Beach
301 E. Ocean Blvd.
Long Beach, CA 90802

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

## SCHEDULE OF PROTESTS

San Francisco, CA (2809)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048847-0 | 2/15/2019 | 1/31/2020 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048769-6 | 2/16/2019 | 1/31/2020 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048845-4 | 2/26/2019 | 1/31/2020 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048943-7 | 3/3/2019 | 2/7/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of San Francisco
555 Battery Street
San Francisco, CA 94111

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

# SCHEDULE OF PROTESTS

Salt Lake City, UT (3303)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 330321100649 | 8/6/2021 | 8/9/2021 | FY1-2051111-5 | 3/20/2020 | 2/12/2021 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Salt Lake City
P.O. Box 22330
Salt Lake City, UT 84122

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

## SCHEDULE OF PROTESTS

Denver, CO (3307)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 330720100209 | 3/4/2020 | 5/11/2021 | FY1-2047814-1 | 9/25/2018 | 10/4/2019 |
| 330720100209 | 3/4/2020 | 5/11/2021 | FY1-2047854-7 | 9/23/2018 | 10/4/2019 |
| 330721100727 | 2/9/2021 | 5/11/2021 | FY1-2050257-7 | 10/14/2019 | 9/4/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Denver
18300 E. 71st Ave.
Denver, CO 80249

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

<u>Detroit, MI (3801)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047558-4 | 7/28/2018 | 9/18/2019 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047559-2 | 7/30/2018 | 9/18/2019 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047560-0 | 7/30/2018 | 9/18/2019 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047561-8 | 7/30/2018 | 9/18/2019 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047562-6 | 7/28/2018 | 9/18/2019 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047563-4 | 7/30/2018 | 9/18/2019 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047564-2 | 7/28/2018 | 9/18/2019 |
| 380120102176 | 3/5/2020 | 5/11/2021 | FY1-2047528-7 | 7/22/2018 | 9/11/2019 |
| 380120102177 | 3/5/2020 | 5/11/2021 | FY1-2047526-1 | 7/22/2018 | 9/11/2019 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047533-7 | 7/18/2018 | 9/11/2019 |
| 380120102177 | 3/5/2020 | 5/11/2021 | FY1-2047509-7 | 7/25/2018 | 9/18/2019 |
| 380120102177 | 3/5/2020 | 5/11/2021 | FY1-2047527-9 | 7/25/2018 | 9/18/2019 |
| 380120102176 | 3/5/2020 | 5/11/2021 | FY1-2047530-3 | 7/25/2018 | 9/18/2019 |
| 380120102176 | 3/5/2020 | 5/11/2021 | FY1-2047531-1 | 7/25/2018 | 9/18/2019 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047532-9 | 7/25/2018 | 9/18/2019 |
| 380120102177 | 3/5/2020 | 5/11/2021 | FY1-2047511-3 | 7/30/2018 | 9/18/2019 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047557-6 | 7/30/2018 | 9/18/2019 |
| 380120102173 | 3/5/2020 | 5/11/2021 | FY1-2047563-4 | 7/30/2018 | 9/18/2019 |
| 380120102173 | 3/5/2020 | 5/11/2021 | FY1-2047564-2 | 7/28/2018 | 9/18/2019 |
| 380120102174 | 3/5/2020 | 5/11/2021 | FY1-2047559-2 | 7/30/2018 | 9/18/2019 |
| 380120102174 | 3/5/2020 | 5/11/2021 | FY1-2047560-0 | 7/30/2018 | 9/18/2019 |
| 380120102174 | 3/5/2020 | 5/11/2021 | FY1-2047561-8 | 7/30/2018 | 9/18/2019 |
| 380120102174 | 3/5/2020 | 5/11/2021 | FY1-2047562-6 | 7/28/2018 | 9/18/2019 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047532-9 | 7/25/2018 | 9/18/2019 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047533-7 | 7/18/2018 | 9/11/2019 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047557-6 | 7/30/2018 | 9/18/2019 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047558-4 | 7/28/2018 | 9/18/2019 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 380121106722 | 2/9/2021 | 5/11/2021 | FY1-2050095-1 | 9/17/2019 | 8/14/2020 |
| 380121106722 | 2/9/2021 | 5/11/2021 | FY1-2050142-1 | 9/24/2019 | 8/21/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Detroit
2810 B West Fort Street, Suite #123
Detroit, MI 48216

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

## SCHEDULE OF PROTESTS

Chicago, IL (3901)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 411521100837 | 6/1/2021 | 6/2/2021 | FY1-2050757-6 | 1/7/2020 | 12/4/2020 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Port Director,
U.S. Customs and Border Protection
Port of Chicago
5600 Pearl Street
Rosemont, IL 60018

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

<u>Columbus, OH (4103)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 410320100704 | 3/4/2020 | 5/11/2021 | FY1-2048325-7 | 11/24/2018 | 10/4/2019 |
| 410320100704 | 3/4/2020 | 5/11/2021 | FY1-2048326-5 | 11/30/2018 | 10/4/2019 |
| 410320100704 | 3/4/2020 | 5/11/2021 | FY1-2048266-3 | 12/2/2018 | 10/4/2019 |
| 410320100704 | 3/4/2020 | 5/11/2021 | FY1-2048314-1 | 12/3/2018 | 10/4/2019 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Port Director,
U.S. Customs and Border Protection
Port of Columbus
6431 Alum Creek Drive, Suite A
Groveport, OH 43125

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

<u>Louisville, KY (4115)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050573-7 | 12/7/2019 | 10/30/2020 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050606-5 | 12/14/2019 | 11/6/2020 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050750-1 | 12/20/2019 | 11/20/2020 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050780-8 | 1/2/2020 | 11/27/2020 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050701-4 | 1/6/2020 | 11/27/2020 |
| 411521100837 | 6/1/2021 | 6/2/2021 | FY1-2050728-7 | 1/12/2020 | 12/4/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Louisville
Louisville International Airport
650 Administration Drive
Louisville, KY 40209

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

Kansas City, MO (4501)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 450120100621 | 3/4/2020 | 5/11/2021 | FY1-2048425-5 | 12/6/2018 | 10/4/2019 |
| 450120100621 | 3/4/2020 | 5/11/2021 | FY1-2048433-9 | 12/11/2018 | 10/4/2019 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Kansas City
4100 N. Mulberry Drive, Suite 110
Kansas City, MO 64116

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

## SCHEDULE OF PROTESTS

St. Louis, MO (4503)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 450319100269 | 10/1/2019 | 5/11/2021 | FY1-2047449-6 | 7/29/2018 | 9/18/2019 |
| 450319100269 | 10/1/2019 | 5/11/2021 | FY1-2047400-9 | 7/23/2018 | 9/27/2019 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of St. Louis
4349 Woodson Rd, Suite 201
St. Louis, MO 63134

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

## SCHEDULE OF PROTESTS

New York/Newark, NJ (4601)
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460120118437 | 7/24/2020 | 5/11/2021 | FY1-2048708-4 | 2/5/2019 | 1/31/2020 |
| 460120118439 | 7/24/2020 | 5/11/2021 | FY1-2048726-6 | 2/13/2019 | 1/31/2020 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2048770-4 | 2/19/2019 | 1/31/2020 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049314-0 | 5/15/2019 | 1/31/2020 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049315-7 | 5/16/2019 | 1/31/2020 |
| 460120118441 | 7/24/2020 | 5/11/2021 | FY1-2049315-7 | 5/16/2019 | 1/31/2020 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049359-5 | 5/24/2019 | 1/31/2020 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049316-5 | 5/16/2019 | 2/28/2020 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048746-4 | 2/13/2019 | 1/31/2020 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050671-9 | 12/18/2019 | 11/13/2020 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050787-3 | 12/26/2019 | 11/20/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of New York/Newark
1100 Raymond Blvd.
Newark, NJ 07102

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.

**SCHEDULE OF PROTESTS**

<u>San Antonio, TX (5507)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 550720100035 | 3/4/2020 | 5/11/2021 | FY1-2048017-0 | 10/9/2018 | 10/4/2019 |
| 550720100035 | 3/4/2020 | 5/11/2021 | FY1-2048027-9 | 10/18/2018 | 10/4/2019 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050624-8 | 12/5/2019 | 10/30/2020 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050664-4 | 12/11/2019 | 11/6/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of San Antonio
9800 Airport Blvd, Suite 1101
San Antonio, TX 78216

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such port of entry must be given in the space provided.