**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: Unassigned**

| | |
|---|---|
| MITSUBISHI POWER AMERICAS, INC., | |
| *Plaintiff,* | |
| v. | **Court No. 21-cv-00573** |
| UNITED STATES, | |
| *Defendant.* | |

## COMPLAINT

Plaintiff Mitsubishi Power Americas, Inc. ("Plaintiff" or "MPA"), formerly known as Mitsubishi Hitachi Power Systems Americas, Inc., by and through its undersigned attorneys, alleges and states for its complaint as follows:

### JURISDICTION

1.      This is a civil action to contest the denial of protests under Section 515 of the Tariff Act of 1930 (19 U.S.C. § 1515). The protests and underlying protested entries, which are the subject of this action, are listed in Exhibit A ("Schedule of Protests") attached and incorporated into this complaint.

2.      The Plaintiff is the owner and importer of record of the merchandise involved in this action and is the party that caused the protests and underlying protested entries referred to herein to be filed. The Plaintiff thus has standing in this action.

3.      The protests that are the subject of this action were each timely filed on the respective dates shown in Exhibit A Column B ("Date Protest Filed"), within 180 days of the final liquidation of each of the underlying protested entries.

4.      The protests that are the subject of this action were each denied pursuant to 19 U.S.C. § 1515(a) on the respective dates shown in Exhibit A Column C ("Date Protest Denied").

5.      This action was timely commenced within 180 days after the date of mailing of the notices of denial of the underlying protests that are the subject of this action.

6.      All duties, charges and exactions assessed at liquidation pertaining to the entries protested in each of the protests referred to herein were paid before commencement of the action.

7.      This court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

<b>BACKGROUND AND DESCRIPTION OF MERCHANDISE INVOLVED</b>

8.      The imported merchandise that is the subject of this action consists of Supported Selective Catalytic Reduction Catalysts ("Supported SCR Catalysts").

9.      The imported merchandise entered at the Customs and Border Protection (CBP) Ports listed in Exhibit A Column G ("Port Code") in July 2018 through September 2020 on the specific entry dates listed in Exhibit A Column E ("Entry Date").

10.     Pictures of a representative Supported SCR Catalyst are depicted below (Figures 1 and 2):



*Figure 1 - Supported SCR Catalyst Module Block as Imported*



*Figure 2 - Close-Up View of the Supported SCR Catalyst Plates Inside the Module Block*

11.     The Supported SCR Catalyst module block is installed in large stationary catalytic systems processing fossil fuel combustion gases, such as those used in the steam generating and electrical power industry, petrochemical industry, and large industrial heating devices. *See* Figures 3 and 4 below – Supported SCR Catalyst incorporated into a large stationary catalytic system.



*Figure 3 - Supported SCR Catalyst Blocks Installed into the Selective Catalytic Reduction System.*



*Figure 4 - Typical Complete Air Quality Control System (AQCS).*

12.     The Supported SCR Catalyst's primary function is to promote chemical reactions in large stationary selective catalytic reduction systems depicted in Figure 4 above. The Supported SCR Catalyst does not perform filtering and/or purifying functions for liquids and/or gases.

13.     The Supported SCR Catalyst facilitates the reaction of ammonia (NH3) with nitrogen oxides (NO and NO2, collectively referred to as NOx). The reaction proceeds as a reduction reaction whereby the NH3 reacts with NOx and oxygen (O2) and converts NOx into Nitrogen (N2) and Water Vapor (H2O).

14.     The Supported SCR Catalyst only facilitates a chemical reaction, returning to its original form after completion of the target reaction. The Supported SCR Catalyst does not perform filtering and/or purifying functions for liquids and/or gases.

15.     The Supported SCR Catalyst is a plate-type supported catalyst, meaning that it consists of active catalytic chemical elements or compounds (collectively termed "active substances") deposited on a support material. These active substances, along with the support material, are applied to a stainless steel mesh, which provides the Supported SCR Catalyst with its physical shape and structural support. *See* Figures 1 and 2.

16.     The Supported SCR Catalyst uses a blended support material consisting primarily of titania (Titanium Dioxide, $TiO_2$), Silicon Dioxide ($SiO_2$), Aluminum Oxide ($Al_2O_3$), and Aluminosilicate Ceramic Fiber ($Al_2O_3$ and $SiO_2$), with titania being the most abundant component in the support material.

17.     The Supported SCR Catalyst uses the following active substances: Vanadium Pentoxide ($V_2O_5$), Molybdenum Trioxide ($MoO_3$), and Tungsten Trioxide ($WO_3$). These active substances promote the reaction of NOx with $NH_3$ in the presence of $O_2$ described in Paragraph 13 above.

18.     Plaintiff originally entered the subject Supported SCR Catalysts as "reaction initiators, reaction accelerators, and catalytic preparations", and, more specifically, "supported catalysts" under Subheading 3815.19.0000, HTSUS, which provides for "*Reaction initiators, reaction accelerators and catalytic preparations, not elsewhere specified or included: Supported catalysts: Other.*"

19.     Subheading 3815.19.0000, HTSUS, has carried a duty rate of Free *ad valorem* at all times relevant to this action.

20.      Subheading 3815.19.0000, HTSUS, is a "List 3" tariff classification under the current Chinese Section 301 Tariff Action subject to a 10% additional duty (effective for merchandise entered on or after 9/24/2018) and a 25% additional duty (effective for merchandise entered on or after 5/10/2019). *Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 83 Fed. Reg. 47974 Sep. 21, 2018 (publishing List 3 – Annex A – 10% effective 9/24/2018); *Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 84 Fed. Reg. 20459 May 9, 2019 (raising China Section 301 duty on List 3 articles from 10% to 25% effective 5/10/2019).

21.      Articles of Subheading 3815.19.0000, HTSUS, entered before 9/24/2018 were not subject to additional China Section 301 duties.

22.      The following articles of Subheading 3815.19.0000, HTSUS, were excluded from the imposition of additional China Section 301 duties on articles entered on 9/24/2018 through 8/7/2020:

> (1) "Plate-type supported catalysts (reaction accelerators) for reduction of nitrous oxides (NOx) with enhanced mercury oxidation, with oxides of base metals being the active substances, applied to a stainless steel mesh (described in statistical reporting number 3815.19.0000)" – excluded under Subheading 9903.88.46 per HTSUS Chapter 99 Note 20(yy)(19). *See* 85 Fed. Reg. 27489, 27493 May 8, 2020.

> (2) "Plate-type supported catalysts (reaction accelerators) for reduction of nitrous oxides (NOx), with base metals being the active substances, applied on a titanium dioxide based ceramic material to a stainless steel mesh (described in statistical reporting number 3815.19.0000)" – excluded under Subheading 9903.88.46 per

HTSUS Chapter 99 Note 20(yy)(20). *See* 85 Fed. Reg. 27489, 27493 May 8, 2020.

23.    The following articles (same as articles described in Paragraph 22 above) of Subheading 3815.19.0000, HTSUS, were granted an extension of exclusion from the imposition of additional China Section 301 duties on articles entered on 8/7/2020 through 12/31/2020:

(1)  "Plate-type supported catalysts (reaction accelerators) for reduction of nitrous oxides (NOx) with enhanced mercury oxidation, with oxides of base metals being the active substances, applied to a stainless steel mesh (described in statistical reporting number 3815.19.0000)." – excluded under Subheading 9903.88.56 per HTSUS Chapter 99 Note 20(iii)(47). *See* 85 Fed. Reg. 48600, 48604 Aug. 11, 2020.

(2) "Plate-type supported catalysts (reaction accelerators) for reduction of nitrous oxides (NOx), with base metals being the active substances, applied on a titanium dioxide based ceramic material to a stainless steel mesh (described in statistical reporting number 3815.19.0000)." – excluded under Subheading 9903.88.56 per HTSUS Chapter 99 Note 20(iii)(48). *See* 85 Fed. Reg. 48600, 48604 Aug. 11, 2020.

24.    On various dates in September 2019 through February 2021, as indicated in Exhibit A Column F ("Liquidation Date"), CBP liquidated all entries of the subject Supported SCR Catalysts with duty rate increase of 25% *ad valorem*.

25.    The duty rate increase was the result of reclassification of the subject Supported SCR Catalysts under Subheading 8421.39.4000, HTSUS, which provides for  "Centrifuges, including centrifugal dryers; filtering or purifying machinery and apparatus, for liquids or gases; parts thereof: Filtering or purifying machinery and apparatus for gases: Other: Catalytic Converters" and is subject to "List 1" of the China Section 301 Tariff Action under secondary Subheading 9903.88.01 per HTSUS Chapter 99 Notes 20(a) and 20(b). *Notice of Action and Request for Public*

*Comment Concerning Proposed Determination of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 83 Fed. Reg. 28710 June 20, 2018.

## COUNT I

### The subject Supported SCR Catalysts are properly classified as "reaction initiators, reaction accelerators, and catalytic preparations", and, more specifically, "supported catalysts" under Subheading 3815.19.0000, HTSUS.

26.     The allegations of Paragraphs 1 through 25 are incorporated in this Paragraph by reference as if fully set forth herein.

27.     Classification under the HTSUS is made in accordance with the HTSUS General Rules of Interpretation (GRIs), and GRI 1 states, in relevant part, that "... classification shall be determined according to the terms of the headings and any relevant section or chapter notes …"

28.     Heading 3815, HTSUS, provides for "*Reaction initiators, reaction accelerators and catalytic preparations, not elsewhere specified or included.*"

29.     The subject Supported SCR Catalysts initiate, facilitate, accelerate, and sustain the reaction of NOx and NH3 and fit within the terms of reaction initiators, reaction accelerators, and catalytic preparations.

30.     Therefore, the subject Supported SCR Catalysts are described by the terms of Heading 3815, HTSUS, which provides for "*Reaction initiators, reaction accelerators and catalytic preparations, not elsewhere specified or included.*"

31.     Explanatory Notes ("ENs") to Heading 3815, HTSUS, even though not dispositive or legally binding, provide as follows:

> This heading covers *preparations which initiate or accelerate certain chemical processes*. Products which retard these processes are not included.
>
> …

8

(a)     Those of the first group are, in general, composed either of one or more active substances deposited on a support (*known as "supported catalysts"*) or of mixtures with a basis of active substances. In the majority of cases, these active substances are *certain metals*, metallic oxides, *other metallic compounds* or mixtures thereof. The metals most frequently used as such or as compounds are cobalt, nickel, palladium, platinum, *molybdenum*, chromium, copper or zinc. The support, sometimes activated, generally consists of *alumina*, carbon, silica gel, siliceous fossil meal or *ceramic materials*. Examples of "supported catalysts" are supported Ziegler or Ziegler-Natta types.

Italics added.

32.     The subject Supported SCR Catalysts are composed of active substances deposited on a support, described in the ENs to Heading 3815, HTSUS.

33.     Therefore, the subject Supported SCR Catalysts are identical to the "supported catalysts" described in the ENs to Heading 3815, HTSUS.

34.     On the contrary, Heading 8421, HTSUS, provides for "*Centrifuges, including centrifugal dryers; filtering or purifying machinery and apparatus, for liquids or gases; parts thereof.*"

35.     The subject Supported SCR Catalysts are not described by the terms of Heading 8421, HTSUS.

36.     The subject Supported SCR Catalysts are not filtering or purifying machinery "used to separate solid or liquid particles from gases, either to recover products of value …, or to eliminate harmful materials …" that the ENs to Heading 8421, HTSUS, describe as intended to be classified under Heading 8421.

37.     Plaintiff asserts that, pursuant to GRI 1, the subject Supported SCR Catalysts are properly classified under Subheading 3815.19.0000, HTSUS, which provides for "*Reaction initiators, reaction accelerators and catalytic preparations, not elsewhere specified or included: Supported catalysts: Other*" and are excluded from additional China Section 301 duties on articles entered on 9/24/2018 through 8/7/2020 by HTSUS Chapter 99 Notes 20(yy)(19) and 20(yy)(20) and on

articles entered on 8/7/2020 through 12/31/2020 by HTSUS Chapter 99 Notes 20(iii)(47) and 20(iii)(48).

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff requests that this Court enter judgment in its favor, as follows:

(a)     overruling Defendant's denial of protests;

(b)     determining that CBP improperly classified the Supported SCR Catalysts at issue in this action;

(c)     determining that the Supported SCR Catalysts at issue in this action are properly classified as "supported catalysts" under Subheading 3815.19.0000, HTSUS, as set forth by Plaintiff in Count I above;

(d)     determining that the Supported SCR Catalysts at issue in this action are excluded from additional China Section 301 duties on articles entered on 9/24/2018 through 8/7/2020 by HTSUS Chapter 99 Notes 20(yy)(19) and 20(yy)(20) and on articles entered on 8/7/2020 through 12/31/2020 by HTSUS Chapter 99 Notes 20(iii)(47) and 20(iii)(48).

(e)     ordering CBP to reliquidate the subject entries and refund the excess duties paid by the Plaintiff, together with interest as provided by law; and

(f)     granting such other additional relief as this honorable Court deems just and appropriate.

Respectfully submitted,

Dated:    4 January 2022       

_____
Serhiy Kiyasov, Attorney

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6195 (telephone)
skiyasov@rocktradelaw.com (e-mail)

*Counsel to Mitsubishi Power Americas, Inc.*

11

**Exhibit A**
**Schedule of Protests**

| Column A | Column B | Column C | Column D | Column E | Column F | Column G |
|---|---|---|---|---|---|---|
| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
| 110421100462 | 2/9/2021 | 5/11/2021 | FY1-2050173-6 | 10/3/2019 | 8/28/2020 | 1104 |
| 110421100462 | 2/9/2021 | 5/11/2021 | FY1-2050218-9 | 10/8/2019 | 9/4/2020 | 1104 |
| | | | | | | |
| 460120118460 | 07/25/2020 | 05/11/2021 | FY1-2048706-8 | 02/13/2019 | 02/07/2020 | 1401 |
| | | | | | | |
| 170320103317 | 03/04/2020 | 05/11/2021 | FY1-2048395-0 | 12/11/2018 | 10/04/2019 | 1703 |
| 170320103317 | 03/04/2020 | 05/11/2021 | FY1-2048442-0 | 12/19/2018 | 10/04/2019 | 1703 |
| 411521100837 | 06/01/2021 | 06/02/2021 | FY1-2050772-5 | 01/22/2020 | 12/18/2020 | 1703 |
| | | | | | | |
| 380119100811 | 10/01/2019 | 05/11/2021 | FY1-2047645-9 | 08/28/2018 | 10/04/2019 | 1901 |
| 190120100192 | 03/04/2020 | 05/11/2021 | FY1-2047554-3 | 08/18/2018 | 10/04/2019 | 1901 |
| 190120100192 | 03/04/2020 | 05/11/2021 | FY1-2047711-9 | 09/01/2018 | 10/04/2019 | 1901 |
| 190120100192 | 03/04/2020 | 05/11/2021 | FY1-2047710-1 | 09/01/2018 | 10/04/2019 | 1901 |
| | | | | | | |
| 190420100031 | 03/12/2020 | 05/11/2021 | FY1-2047924-8 | 10/10/2018 | 10/04/2019 | 1904 |
| 190420100031 | 03/12/2020 | 05/11/2021 | FY1-2047954-5 | 10/18/2018 | 10/04/2019 | 1904 |
| 190420100031 | 03/12/2020 | 05/11/2021 | FY1-2047889-3 | 09/28/2018 | 10/04/2019 | 1904 |
| 200621106462 | 07/14/2021 | 07/16/2021 | FY1-2050900-2 | 02/22/2020 | 01/15/2021 | 1904 |
| | | | | | | |
| 200620102234 | 03/04/2020 | 05/11/2021 | FY1-2048482-6 | 12/21/2018 | 10/11/2019 | 2006 |
| 200620102234 | 03/04/2020 | 05/11/2021 | FY1-2048577-3 | 12/26/2018 | 10/11/2019 | 2006 |
| 200621106462 | 07/14/2021 | 07/16/2021 | FY1-2050936-6 | 02/29/2020 | 01/22/2021 | 2006 |
| | | | | | | |
| 270420115328 | 03/04/2020 | 05/11/2021 | FY1-2048490-9 | 12/13/2018 | 10/11/2019 | 2704 |
| 270420115328 | 03/04/2020 | 05/11/2021 | FY1-2048530-2 | 12/13/2018 | 10/11/2019 | 2704 |
| 270420115328 | 03/04/2020 | 05/11/2021 | FY1-2048517-9 | 12/17/2018 | 10/11/2019 | 2704 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 270420138052 | 07/24/2020 | 05/11/2021 | FY1-2049094-8 | 03/23/2019 | 01/31/2020 | 2704 |
| 270420138052 | 07/24/2020 | 05/11/2021 | FY1-2049089-8 | 03/26/2019 | 01/31/2020 | 2704 |
| 270420138052 | 07/24/2020 | 05/11/2021 | FY1-2049154-0 | 04/03/2019 | 03/27/2020 | 2704 |
| 460120118460 | 07/25/2020 | 05/11/2021 | FY1-2048962-7 | 03/05/2019 | 01/31/2020 | 2704 |
| 460120118460 | 07/25/2020 | 05/11/2021 | FY1-2049047-6 | 03/19/2019 | 01/31/2020 | 2704 |
| 330321100649 | 08/06/2021 | 08/09/2021 | FY1-2051231-1 | 03/17/2020 | 02/12/2021 | 2704 |
| 330321100649 | 08/06/2021 | 08/09/2021 | FY1-2051181-8 | 03/23/2020 | 02/12/2021 | 2704 |
| 330321100649 | 08/06/2021 | 08/09/2021 | FY1-2051739-3 | 09/22/2020 | 02/12/2021 | 2704 |
| | | | | | | |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048847-0 | 2/15/2019 | 1/31/2020 | 2809 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048769-6 | 2/16/2019 | 1/31/2020 | 2809 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048845-4 | 2/26/2019 | 1/31/2020 | 2809 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048943-7 | 3/3/2019 | 2/7/2020 | 2809 |
| | | | | | | |
| 330321100649 | 8/6/2021 | 8/9/2021 | FY1-2051111-5 | 3/20/2020 | 2/12/2021 | 3303 |
| | | | | | | |
| 330720100209 | 3/4/2020 | 5/11/2021 | FY1-2047814-1 | 9/25/2018 | 10/4/2019 | 3307 |
| 330720100209 | 3/4/2020 | 5/11/2021 | FY1-2047854-7 | 9/23/2018 | 10/4/2019 | 3307 |
| 330721100727 | 2/9/2021 | 5/11/2021 | FY1-2050257-7 | 10/14/2019 | 9/4/2020 | 3307 |
| | | | | | | |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047558-4 | 7/28/2018 | 9/18/2019 | 3801 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047559-2 | 7/30/2018 | 9/18/2019 | 3801 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047560-0 | 7/30/2018 | 9/18/2019 | 3801 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047561-8 | 7/30/2018 | 9/18/2019 | 3801 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047562-6 | 7/28/2018 | 9/18/2019 | 3801 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047563-4 | 7/30/2018 | 9/18/2019 | 3801 |
| 380119100811 | 10/1/2019 | 5/11/2021 | FY1-2047564-2 | 7/28/2018 | 9/18/2019 | 3801 |
| 380120102176 | 3/5/2020 | 5/11/2021 | FY1-2047528-7 | 7/22/2018 | 9/11/2019 | 3801 |
| 380120102177 | 3/5/2020 | 5/11/2021 | FY1-2047526-1 | 7/22/2018 | 9/11/2019 | 3801 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047533-7 | 7/18/2018 | 9/11/2019 | 3801 |
| 380120102177 | 3/5/2020 | 5/11/2021 | FY1-2047509-7 | 7/25/2018 | 9/18/2019 | 3801 |
| 380120102177 | 3/5/2020 | 5/11/2021 | FY1-2047527-9 | 7/25/2018 | 9/18/2019 | 3801 |
| 380120102176 | 3/5/2020 | 5/11/2021 | FY1-2047530-3 | 7/25/2018 | 9/18/2019 | 3801 |
| 380120102176 | 3/5/2020 | 5/11/2021 | FY1-2047531-1 | 7/25/2018 | 9/18/2019 | 3801 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047532-9 | 7/25/2018 | 9/18/2019 | 3801 |
| 380120102177 | 3/5/2020 | 5/11/2021 | FY1-2047511-3 | 7/30/2018 | 9/18/2019 | 3801 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047557-6 | 7/30/2018 | 9/18/2019 | 3801 |
| 380120102173 | 3/5/2020 | 5/11/2021 | FY1-2047563-4 | 7/30/2018 | 9/18/2019 | 3801 |
| 380120102173 | 3/5/2020 | 5/11/2021 | FY1-2047564-2 | 7/28/2018 | 9/18/2019 | 3801 |
| 380120102174 | 3/5/2020 | 5/11/2021 | FY1-2047559-2 | 7/30/2018 | 9/18/2019 | 3801 |
| 380120102174 | 3/5/2020 | 5/11/2021 | FY1-2047560-0 | 7/30/2018 | 9/18/2019 | 3801 |
| 380120102174 | 3/5/2020 | 5/11/2021 | FY1-2047561-8 | 7/30/2018 | 9/18/2019 | 3801 |
| 380120102174 | 3/5/2020 | 5/11/2021 | FY1-2047562-6 | 7/28/2018 | 9/18/2019 | 3801 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047532-9 | 7/25/2018 | 9/18/2019 | 3801 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047533-7 | 7/18/2018 | 9/11/2019 | 3801 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047557-6 | 7/30/2018 | 9/18/2019 | 3801 |
| 380120102175 | 3/5/2020 | 5/11/2021 | FY1-2047558-4 | 7/28/2018 | 9/18/2019 | 3801 |
| 380121106722 | 2/9/2021 | 5/11/2021 | FY1-2050095-1 | 9/17/2019 | 8/14/2020 | 3801 |
| 380121106722 | 2/9/2021 | 5/11/2021 | FY1-2050142-1 | 9/24/2019 | 8/21/2020 | 3801 |
| | | | | | | |
| 411521100837 | 6/1/2021 | 6/2/2021 | FY1-2050757-6 | 1/7/2020 | 12/4/2020 | 3901 |
| | | | | | | |
| 410320100704 | 3/4/2020 | 5/11/2021 | FY1-2048325-7 | 11/24/2018 | 10/4/2019 | 4103 |
| 410320100704 | 3/4/2020 | 5/11/2021 | FY1-2048326-5 | 11/30/2018 | 10/4/2019 | 4103 |
| 410320100704 | 3/4/2020 | 5/11/2021 | FY1-2048266-3 | 12/2/2018 | 10/4/2019 | 4103 |
| 410320100704 | 3/4/2020 | 5/11/2021 | FY1-2048314-1 | 12/3/2018 | 10/4/2019 | 4103 |
| | | | | | | |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050573-7 | 12/7/2019 | 10/30/2020 | 4115 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050606-5 | 12/14/2019 | 11/6/2020 | 4115 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050750-1 | 12/20/2019 | 11/20/2020 | 4115 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050780-8 | 1/2/2020 | 11/27/2020 | 4115 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050701-4 | 1/6/2020 | 11/27/2020 | 4115 |
| 411521100837 | 6/1/2021 | 6/2/2021 | FY1-2050728-7 | 1/12/2020 | 12/4/2020 | 4115 |
| | | | | | | |
| 450120100621 | 3/4/2020 | 5/11/2021 | FY1-2048425-5 | 12/6/2018 | 10/4/2019 | 4501 |
| 450120100621 | 3/4/2020 | 5/11/2021 | FY1-2048433-9 | 12/11/2018 | 10/4/2019 | 4501 |
| | | | | | | |
| 450319100269 | 10/1/2019 | 5/11/2021 | FY1-2047449-6 | 7/29/2018 | 9/18/2019 | 4503 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 450319100269 | 10/1/2019 | 5/11/2021 | FY1-2047400-9 | 7/23/2018 | 9/27/2019 | 4503 |
| | | | | | | |
| 460120118437 | 7/24/2020 | 5/11/2021 | FY1-2048708-4 | 2/5/2019 | 1/31/2020 | 4601 |
| 460120118439 | 7/24/2020 | 5/11/2021 | FY1-2048726-6 | 2/13/2019 | 1/31/2020 | 4601 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2048770-4 | 2/19/2019 | 1/31/2020 | 4601 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049314-0 | 5/15/2019 | 1/31/2020 | 4601 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049315-7 | 5/16/2019 | 1/31/2020 | 4601 |
| 460120118441 | 7/24/2020 | 5/11/2021 | FY1-2049315-7 | 5/16/2019 | 1/31/2020 | 4601 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049359-5 | 5/24/2019 | 1/31/2020 | 4601 |
| 270420138052 | 7/24/2020 | 5/11/2021 | FY1-2049316-5 | 5/16/2019 | 2/28/2020 | 4601 |
| 460120118460 | 7/25/2020 | 5/11/2021 | FY1-2048746-4 | 2/13/2019 | 1/31/2020 | 4601 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050671-9 | 12/18/2019 | 11/13/2020 | 4601 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050787-3 | 12/26/2019 | 11/20/2020 | 4601 |
| | | | | | | |
| 550720100035 | 3/4/2020 | 5/11/2021 | FY1-2048017-0 | 10/9/2018 | 10/4/2019 | 5507 |
| 550720100035 | 3/4/2020 | 5/11/2021 | FY1-2048027-9 | 10/18/2018 | 10/4/2019 | 5507 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050624-8 | 12/5/2019 | 10/30/2020 | 5507 |
| 550721100046 | 4/26/2021 | 5/11/2021 | FY1-2050664-4 | 12/11/2019 | 11/6/2020 | 5507 |

## <u>CERTIFICATE OF SERVICE BY MAIL</u>

I, Serhiy Kiyasov, one of the attorneys for the plaintiff, certify that a copy of the foregoing

Complaint was served on all parties by depositing a copy in a United States mail receptacle at or

before 5:00 p.m. this Tuesday, January 4, 2022, in a sealed envelope with proper postage prepaid,

addressed to each party or its attorney of record at the address(es) listed below:

Brandon A. Kennedy
*LEAD ATTORNEY*
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza, Room 346
New York, NY 10278


Dated:  ___4 January 2022___

_____
Serhiy Kiyasov, Attorney

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6195 (telephone)
skiyasov@rocktradelaw.com (e-mail)

*Counsel to Mitsubishi Power Americas, Inc.*