FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)   Form 1   March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: Test Case No: 21-00573-JAR

Case title being appealed: Mitsubishi Power Amer v. United States

Date of final judgment or order being appealed: 04/29/2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Mitsubishi Power Americas, Inc.

Date: 05/29/2025

Signature: **/s/ Eric R. Rock**

Name: Eric R. Rock

Address: Rock Trade Law LLC

134 N. LaSalle St., Suite 1800

Chicago, IL 60602

Phone Number: (312) 824-6191

Email Address: erock@rocktradelaw.com

**CERTIFICATE OF SERVICE**

    I, Eric R. Rock, one of the attorneys for the Plaintiff, certify that a copy of Plaintiff's Notice of Appeal was served on all parties by filing a copy via CM/ECF this Thursday, May 29, 2025.

Dated: __May 29, 2025__                  _____
                                                     Eric R. Rock, Attorney

                                                     Rock Trade Law LLC
                                                     134 North LaSalle Street, Suite 1800
                                                     Chicago, Illinois 60602
                                                     312-824-6191 (telephone)
                                                     erock@rocktradelaw.com (e-mail)